IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

HOME BUILDERS ASSOCIATION )
OF NORTHERN CALIFORNIA, et al. )
)
Plaintiffs, )  Civil No. 01-5722 AWI SMS
)
v. )
)  STIPULATION AND
UNITED STATES FISH AND )  [~~PROPOSED~~] ORDER
WILDLIFE SERVICE, et al. )
)
Defendants. )

WHEREAS, Plaintiffs brought this action under the Endangered Species Act (ESA) to challenge the Federal Defendants' designation of critical habitat for the Alameda whipsnake;

WHEREAS, on May 9, 2003, this Court granted Plaintiffs' motion for summary judgment and vacated and remanded the final rule designating critical habitat for the Alameda whipsnake;

WHEREAS, on June 25, 2004, this Court granted Plaintiffs' motion for attorney's fees, but did not resolve the amount;

WHEREAS, Plaintiffs and Federal Defendants agree that it is in the interest of the parties and judicial economy to settle Plaintiffs' claim for attorneys' fees and costs in this action without further litigation; and

WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. In accordance with the ESA, 16 U.S.C. §1540, Rule 7, F.R.C.P., and the prior rulings of this Court, parties move this Court to approve this stipulation and enter it as an Order.

2. Federal Defendants agree to settle Plaintiffs' claim for attorneys fees and costs in this matter for a total of $186,141.00. Federal Defendants will issue a check in that amount or, as appropriate, make a wire transfer to the account specified by Plaintiffs' counsel.

3. Plaintiffs agree to accept payment of $186,141.00 in satisfaction of any and all claims for attorneys' fees and costs to which Plaintiffs are entitled in the above-captioned litigation.

1  However, any future litigation over the final rule and critical habitat determination for the Alameda
2  whipsnake will be the subject of a separate complaint, and this stipulation and order does not affect
3  any future claims for attorney's fees based on any future litigation.

4.   Federal Defendants agree to submit all necessary paperwork to funding authorities at the Department of the Treasury within ten (10) business days of receipt of the signed court order approving this stipulation.

Respectfully submitted,

FOR PLAINTIFFS    *M. Reed Hopper*    5/2/2005
M. Reed Hopper
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111

KELLY A. JOHNSON, Acting Assistant Attorney General
JEAN L. WILLIAMS, Section Chief

FOR FEDERAL DEFENDANTS    *KW Rizzardi*    4/27/2005
KEITH W. RIZZARDI, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0209

APPROVED and hereby ORDERED by this Court, this 4th day of May, 2005.

_____
U.S. District Court Judge